Supreme Court, Monroe County, Calvaruso, J.—Article 78.) Present—Callahan, J. P., Green, Balio, Fallon and Doerr, JJ.

■ In the Matter of CONESUS LAKE NURSING HOME et al., Respondents, v DAVID AXELROD, as Commissioner of Health of the State of New York, et al., Appellants. (Appeal No. 5.) [601 NYS2d 885] —Judgment unanimously modified on the law and as modified affirmed without costs in accordance with same Memorandum as in *Matter of Avon Nursing Home v Axelrod* (195 AD2d 1046 [decided herewith]). (Appeal from Judgment of Supreme Court, Monroe County, Calvaruso, J.—Article 78.) Present—Callahan, J. P., Green, Balio, Fallon and Doerr, JJ.

■ In the Matter of ELM MANOR NURSING HOME et al., Respondents, v DAVID AXELROD, as Commissioner of Health of the State of New York, et al., Appellants. (Appeal No. 6.) [601 NYS2d 886] —Judgment unanimously modified on the law and as modified affirmed without costs in accordance with same Memorandum as in *Matter of Avon Nursing Home v Axelrod* (195 AD2d 1046 [decided herewith]). (Appeal from Judgment of Supreme Court, Monroe County, Calvaruso, J.—Article 78.) Present—Callahan, J. P., Green, Balio, Fallon and Doerr, JJ.

■ In the Matter of HURLBUT NURSING HOME et al., Respondents, v DAVID AXELROD, as Commissioner of Health of the State of New York, et al., Appellants. (Appeal No. 7.) [601 NYS2d 886] —Judgment unanimously modified on the law and as modified affirmed without costs in accordance with same Memorandum as in *Matter of Avon Nursing Home v Axelrod* (195 AD2d 1046 [decided herewith]). (Appeal from Judgment of Supreme Court, Monroe County, Calvaruso, J.—Article 78.) Present—Callahan, J. P., Green, Balio, Fallon and Doerr, JJ.

■ In the Matter of MANOR OAK SKILLED NURSING FACILITY et al., Respondents, v DAVID AXELROD, as Commissioner of Health of the State of New York, et al., Appellants. (Appeal No. 8.) [601 NYS2d 887] —Judgment unanimously modified on the law and as modified affirmed without costs in accordance with same Memorandum as in *Matter of Avon Nursing Home v Axelrod* (195 AD2d 1046 [decided herewith]). (Appeal from Judgment of Supreme Court, Monroe County, Calvaruso, J.—Article 78.) Present—Callahan, J. P., Green, Balio, Fallon and Doerr, JJ.

■ In the Matter of NEWARK MANOR NURSING HOME et al., Respondents, v DAVID AXELROD, as Commissioner of